FILED FOR RECORD
Cause No.: A24101194CV-A
Ector County District Court
FIFTEENTH COURT OF APPEALS Texas
AUSTIN, TEXAS
4/22/2025 1:51 PM
CHRISTOPHER A. PRINE
CLERK

ACCEPTED
A24101194CV-A
15-25-00040-CV
Court of Appeals
1/4/2025 1:09 PM
Guadalupe Navarrette
District Clerk
By: Hallie Silvas, Deputy

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 1:51:20 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO.
A24101194CV - A

Disraeli Arnold
(On behalf of father Curtis
Arnold, Junior and daughter
Faith Arnold of the Deceased)
**Plaintiff,**

*versus*

Sheriff Mike Griffis
Ector County Sheriff's
Office
&
Nurse Robin McCullough
&
Nurse Shelly James
**Defendants,**

§
§
§
§
§
§
§
§

§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

70th JUDICIAL DISTRICT
OF

ECTOR COUNTY, TEXAS

## NOTICE OF APPEAL

This Notice of Appeal is filed by Appellant, Disraeli Arnold (as full

blooded brother and behalf of Curtis Arnold, Junior (the father of Decedent) and

Faith Arnold (the daughter of Decedent) of KREASTA ARNOLD

("Decedent")) who seeks to alter the trial court's ORDER ON ECTOR

COUNTY DEFENDANTS' PLEA TO THE JURISDICTION AND MOTION

FOR SUMMARY JUDGMENT.

1. The trial court is the 70th Judicial District Court of Ector County, Texas with

   sever Cause Number: A24101194CV – A, and the style of this case is shown

   above.

2. The ORDER ON ECTOR COUNTY DEFENDANTS' PLEA TO THE

*Notice of Appeal 4/4/2025*

JURISDICTION AND MOTION FOR SUMMARY JUDGMENT was signed on March 31, 2025 by the Honorable Judge Denn Whalen.

3.  I, Disraeli Arnold desire to appeal all portions of the judgment.

4.  This appeal will be taken to the 15th Court of Appeals (William P. Clements Building; 300 West 15th Street, Suite 607, Austin, Texas 78701) who has exclusive intermediate appellant jurisdiction over matters brought against a department of a county of this State.

5.  The Notice of Appeal is being filed by Disraeli Arnold.

**Respectfully submitted,**

Disraeli Arnold
Phone #: 972-505-2911
825 Thousand Oaks
Hurst, Texas 76054
Email: Cantstopdiz@gmail.com

Dated: April 4, 2025

## CERTIFICATE OF SERVICE

I, Disraeli Arnold hereby certify that on the 4th day of April, 2025, I electronically served the foregoing using the Case Management/Electronic Case Files (*CM/ECF*) system which will send notification of such filing to Defendants and all counsel of record that were party to the suite prior to March 26, 2025.

I, Disraeli Arnold also certify that the court reporter has been served with a copy of the Notice of Appeal and the requested items.

| | |
|---|---|
| **Court Reporter:**<br>Tina Gregg<br>Horizon Court Reporters<br>407 North Grant Avenue<br>Odessa, Texas 79761<br>432-582-2393<br>tina.gregg@ectorcountytx.gov<br>tgregg@horizonreporters.com | Susan E. Briones<br>Cameron L. Morris<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>2100 Ross Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 722-7100<br>Susan.Briones@LewisBrisbois.com<br>Cameron.Morris@LewisBrisbois.com<br>Counsel for Defendant Dr. Errol Anderson<br> Dr. Narendra Sajja, Dr. Fouzia Tabasam, and Dr. Jaya Chadalavada |
| Randall L. Rouse<br>Lynch, Chappell & Alsup, P.C.<br>300 North Marienfeld, Suite 700<br>Midland, TX 79701<br>(432) 683-3351<br>rrouse@lcalawfirm.com<br>Counsel for Defendants Ector County Sheriff's Office, Mike Griffis, Shelly James, and Robin McCullough | R. Brent Cooper<br>Brent.Cooper@cooperscully.com<br>Eric W. Hines<br>Eric.Hines@cooperscully.com<br>COOPER & SCULLY, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Telephone: 214-712-9500<br>Facsimile: 214-712-9540<br>Attorneys for Defendant James Manwill, MD |
| Sunny L. Smith<br>Ray \| Peña \| McChristian, P.C.<br>101 Summit Avenue, Suite 705<br>Fort Worth, Texas 76102<br>(817) 335-7201<br>ssmith@raylaw.com<br>Counsel for Defendant Dr. Joseph A. Abijav | MILES R. NELSON<br>SHAFER, DAVIS, O'LEARY & STOKER<br> P.O. Drawer 1552<br> Odessa, TX 79760-1552<br> (432) 332-0893<br> (432) 335-8329 – Fax<br>mnelson@shaferfirm.com<br>Attorney for Doctor George Rodenko |
| Landon L. Krueger<br>Krueger Law Group, LLP<br>8111 LBJ Freeway, Suite 650, LB 174<br>Dallas, Texas 75251<br>214/389-4301<br>Landon@kruegerlawgroup.com<br>Counsel for Defendant Dr. Abdul Kadir | Edward P. Quillin<br>State Bar No. 16431790<br>equillin@equillinlaw.com<br>QUILLIN LAW FIRM, P.C.<br>4101 McEwen Road, Suite 540<br>Dallas, Texas 75244<br>(972) 386-6664 Telephone<br>(972) 386-6680 Facsimile<br>Dr. Cordell Cunningham |

_____

Disraeli Arnold

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99371090
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 4/7/2025 4:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Disraeli Arnold | | Cantstopdiz@gmail.com | 4/7/2025 3:49:29 PM | SENT |
| Edward Quillin | 16431790 | equillin@equillinlaw.com | 4/7/2025 3:49:29 PM | SENT |
| Landon Krueger | 24065576 | landon@kruegerlawgroup.com | 4/7/2025 3:49:29 PM | SENT |
| Miles Nelson | 14904750 | mnelson@shaferfirm.com | 4/7/2025 3:49:29 PM | SENT |
| Sunny Smith | 24027991 | ssmith@raylaw.com | 4/7/2025 3:49:29 PM | SENT |
| Eric Hines | 24010107 | eric.hines@cooperscully.com | 4/7/2025 3:49:29 PM | SENT |
| R. Brent Cooper | 4783250 | brent.cooper@cooperscully.com | 4/7/2025 3:49:29 PM | SENT |
| Susannah Briones | 24040523 | Susan.Briones@lewisbrisbois.com | 4/7/2025 3:49:29 PM | SENT |
| Cameron Morris | 24137066 | Cameron.Morris@LewisBrisbois.com | 4/7/2025 3:49:29 PM | SENT |
| Tina Gregg | | tina.gregg@ectorcountytx.gov | 4/7/2025 3:49:29 PM | ERROR |
| Randall Rouse | | rrouse@lcalawfirm.com | 4/7/2025 3:49:29 PM | SENT |
| MIKE GRIFFIS | | rrouse@lcalawfirm.com | 4/7/2025 3:49:29 PM | SENT |
| ROBIN MCCULLOUGH | | rrouse@lcalawfirm.com | 4/7/2025 3:49:29 PM | SENT |
| SHELLY JAMES | | rrouse@lcalawfirm.com | 4/7/2025 3:49:29 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99942123
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 4/22/2025 2:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Randall Rouse | 17324300 | rrouse@lcalawfirm.com | 4/22/2025 1:51:20 PM | NOT SENT |
| Disraeli Arnold | | Cantstopdiz@gmail.com | 4/22/2025 1:51:20 PM | NOT SENT |